AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

IRENE DIANA KAPHAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 622-087

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's August 24, 2023 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, affirming the Commissioner's final decision and closing this civil action, a final judgment is entered in favor of the Commissioner. This case stands closed.

8/24/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020